FILED  
United States Court of Appeals  
Tenth Circuit

November 19, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

CARLOS VELASQUEZ,

    Plaintiff - Appellant,

v.

AMAZON.COM SERVICES, INC.,

    Defendant - Appellee.

No. 25-4145  
(D.C. No. 2:25-CV-00674-DAK-CMR)  
(D. Utah)

---

**ORDER**

---

Before **HOLMES**, Chief Judge, **PHILLIPS**, and **FEDERICO**, Circuit Judges.

---

This matter is before us sua sponte to consider the court's jurisdiction over this appeal. *See Hill v. Vanderbilt Cap. Advisors, LLC*, 702 F.3d 1220, 1223 (10th Cir. 2012) (this court has "an independent duty to examine [its] own jurisdiction").

Appellant Carlos Velasquez filed two motions seeking to have the district court judge disqualified and/or recused. [ECF Nos. 11, 19]. Those motions were denied, and Mr. Velasquez appealed. [ECF Nos. 18 (denying ECF No. 11); 27 (denying ECF No. 19); 29 (notice of appeal)].

We entered an order directing Mr. Velasquez to explain the basis for this court's jurisdiction over this appeal. We have before us his response to that order. Upon consideration of that response, the district court docket, and the applicable law, we conclude that we lack jurisdiction over this appeal for the following reasons.

Interlocutory orders denying a motion to recuse and/or disqualify are not immediately appealable. *See, e.g., Kellogg v. Watts Guerra LLP*, 41 F.4th 1246, 1259 (10th Cir. 2022); *Lopez v. Behles (In re Am. Ready Mix, Inc.)*, 14 F.3d 1497, 1499 (10th Cir. 1994).

Mr. Velasquez contends that 28 U.S.C. § 1292 provides us jurisdiction in this appeal. Not so. Section 1292 provides jurisdiction over orders related to injunctions, receiverships, and admiralty matters. Neither of the appealed-from orders dealt with an injunction, a receivership, or an admiralty matter. And, as noted above, we have specifically held that interlocutory orders denying a motion to recuse and/or disqualify are not immediately appealable. We are without jurisdiction to consider this appeal.

Finally, we deny Mr. Velasquez's *Motion to Stay Proceedings Pending Interlocutory Appeal on Justiciable Recusal* as moot.

**APPEAL DISMISSED.**

Entered for the Court

Per Curiam